**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00070-CMA-KLM

AMELIDA LOPEZ PORTILLO,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
MICHAEL MUKASEY, Attorney General of the United States, and
MICHAEL CHERTOFF, Secretary of Homeland Security of the United States,

      Defendants.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

This matter is before the Court *sua sponte.* The Court, having reviewed the file,

finds that rather than leaving this case open for months pending a ruling by the

Executive Office of Immigration Review (EOIR), this case should be administratively

closed pursuant to D.C.COLO.LCivR 41.2. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action

pursuant to D.C.COLO.LCivR 41.2. It is

FURTHER ORDERED that the parties shall have ten days from the date of the

Executive Office of Immigration Review's ruling within which to submit the appropriate

paperwork to either reopen or dismiss this action.

DATED: October 22, 2009.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge