IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00070-CMA-KLM

AMELIDA LOPEZ PORTILLO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
MICHAEL MUKASEY, Attorney General of the United States, and
MICHAEL CHERTOFF, Secretary of Homeland Security of the United States,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss (Doc. # 14). The Court having considered the Stipulated Motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney's fees.

DATED: March __17__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge